Harvey B. McALLISTER, Appellant, v. CITY OF MOODY, TEXAS, Appellee.

No. 11111.

Circuit Court of Appeals, Fifth Circuit.

Dec. 5, 1944.

Rehearing Denied Jan. 11, 1945.

Will A. Morriss and Will A. Morriss, Jr., both of San Antonio, Tex., for appellant.

John Maxwell, of Waco, Tex., for appellee.

Before HUTCHESON, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The order of dismissal is affirmed upon the same grounds as stated in McAllister v. City of Riesel, 5 Cir., 146 F.2d 130.

Affirmed.